NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUGAL K. TANEJA,                            )
                                            )
            Appellant,                      )
                                            )
v.                                          )        Case No. 2D18-236
                                            )
FIRST STREET AND FIFTH AVENUE,              )
LLC a/k/a FSFA, LLC; DOWNTOWN               )
ST PETE PROPERTIES, LLC, a Florida          )
limited liability company; BROADWAY         )
BANK, an Illinois Banking company;          )
FUEL INVESTMENT & DEVELOPMENT               )
II, LLC, a Florida limited liability        )
company; PARAGON MORTGAGE                   )
HOLDINGS, LLC, a Florida limited            )
liability company; ABED, INC., a Florida    )
corporation; INDIRA LALWANI,                )
individually; FUEL GROUP, LLC, a            )
Florida limited liability company; SMITH    )
SANTIESTEBAN ALLEN ARCHITECTS,              )
INC., a Florida Corporation; PATRICK        )
T. LENNON; MACFARLANE                       )
FERGUSON & McMULLEN, P.A.;                   )
CHANDRESH SARAIYA, individually;            )
                                            )
            Appellees.                      )
_____)

Opinion filed January 30, 2019.

Appeal from the Circuit Court for Pinellas
County; John A. Schaefer, Judge.

William J. Cook and Chris A. Barker of
Barker | Cook, Tampa, for Appellant.

John Anthony and Andrew J. Ghekas of
Anthony & Partners, LLC, Tampa, for
Appellee, First Street and Fifth Avenue,
LLC.

No appearance for remaining Appellees.


PER CURIAM.


Affirmed.


KHOUZAM, SLEET, and BADALAMENTI, JJ., Concur.